NUMBER
13-05-627-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

__________________________________________________________________

 

GORDON
DEAN HALEY,                                            Appellant,

 

                                           v.

 

JUAN
CABRIALES,                                                    Appellee.

__________________________________________________________________

 

             On appeal from the County
Court at Law No. 1

                           of Nueces
County, Texas.

__________________________________________________________________

 

                     MEMORANDUM OPINION

 

                Before Justices
Hinojosa, Yañez, and Garza

                       Memorandum Opinion Per
Curiam

 








Appellant, GORDON
DEAN HALEY, perfected an appeal from a judgment entered by the County
Court at Law No. 1 of Nueces County, Texas, in cause number 03-61975-1.  The clerk=s record was filed on October 20, 2005.  No
reporter=s record was filed.  Appellant=s brief was due on November 21, 2005.  To date,
no appellate brief has been received.

When the appellant has
failed to file a brief in the time prescribed, the Court may dismiss the appeal
for want of prosecution, unless the appellant reasonably explains the failure
and the appellee is not significantly injured by the appellant=s failure to timely
file a brief.  Tex. R. App. P. 38.8(a)(1).

On February
17, 2006, notice was given to all parties that this appeal was subject to
dismissal pursuant to Tex. R. App. P. 38.8(a)(1).  Appellant was given ten days to explain why
the cause should not be dismissed for failure to file a brief.  To date, no response has been received.

The Court, having
examined and fully considered the documents on file, appellant=s failure to file a
proper appellate brief, this Court=s notice, and
appellant=s failure to respond,
is of the opinion that the appeal should be dismissed for want of
prosecution.  The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

 

Memorandum Opinion delivered and filed

this the 23rd day of
March, 2006